**No. 48959.**—Protests 957957–G, etc., of Sprouse Reitz Co. et al. (Los Angeles, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.